# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

ANGELA T. MILLER,                                    CASE NO. 4:08cv356-RH/WCS

      Plaintiff,

vs.

DEPARTMENT OF TRANSPORTATION,
STATE OF FLORIDA,

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF
## FILING SUMMARY OF ATTORNEY'S HOURS

Plaintiff, ANGEGLA T. MILLER, hereby gives notice of filing of attorney's fee records under seal which, for the period inclusive of January 1, 2009 through January 31, 2009, is as follows:

| | |
|---|---|
| TOTAL ATTORNEY HOURS THIS FILING: | 0.0 |
| TOTAL NON-ATTORNEY HOURS THIS FILING: | 0.1 |

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Filing to all counsel of record this 16th day of February, 2009.

                MARIE A. MATTOX , P.A.
                Attorney for Plaintiff


      By: s/ Marie A. Mattox
         Marie A. Mattox or James Garrity
         Florida Bar No. 0739685
         Florida Bar No. 0539211
         310 East Bradford Road
         Tallahassee, Florida   32303-4804
         Telephone:   (850) 383-4800
         Facsimile:   (850) 383-4801