IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANGELA T. MILLER,

    Plaintiff,

v.                                                        CASE NO. 4:08cv356-RH/WCS

DEPARTMENT OF TRANSPORTATION,

    Defendant.

_____/

## ORDER CLARIFYING JULY 2 ORDER

An order of July 2, 2009 (document 60) included the sentence: "Having announced unequivocally that she will not seek special damages, the plaintiff is now bound by that decision." The plaintiff has moved to "clarify" the order. What the plaintiff actually seeks is a ruling that the order was wrong: plaintiff says she has not announced unequivocally that she will not seek back or front pay.

The dictum in the July 2 order was a response to the defendant's assertion, as I understood it, that the plaintiff had abandoned any claim not only for medical damages but also for back and front pay. If the plaintiff had not abandoned a claim—or if there was a dispute over whether the plaintiff had abandoned a claim—I was not aware of it.

The sentence at issue was dictum. I withdraw it. It remains true, though, that a plaintiff may abandon a claim without amending her complaint, and that if the plaintiff does so, she is bound by the decision—unless she seeks to restore the claim at a time and on grounds that would support an amendment to add the claim. If there is a dispute about whether the plaintiff abandoned any claim for back or front pay, it will be addressed at the pretrial conference. The two sides should expect to address the issue with scrupulous accuracy and a high level of professionalism.

For these reasons,

IT IS ORDERED:

The plaintiff's motion (document 68) to clarify the July 2 order (document 60) is granted to the extent set forth in this order and otherwise denied.

SO ORDERED on July 8, 2009.

s/Robert L. Hinkle<br>United States District Judge