UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ANGELA T. MILLER,**

    **Plaintiff,**

v.                                        CASE NO.:   4:08-CV-356-RH-WCS

**DEPARTMENT OF TRANSPORTATION,
STATE OF FLORIDA,**

    **Defendant.**
_____/

**DEFENDANT'S NOTICE OF FILING
PROPOSED VOIR DIRE QUESTIONS**

Defendant, **DEPARTMENT OF TRANSPORTATION, STATE OF FLORIDA**, by and through its undersigned counsel, hereby file its proposed supplemental *voir dire* questions to be asked during jury selection in this matter:

    1.    Have you, a member of your family or a close personal friend ever been fired, terminated or discharged from a job or demoted in connection with their employment? What were the circumstances? Did you or they feel as though you or they were treated fairly during the termination process? Why or why not?

    2.    Have you, a member of your family or a close personal friend ever filed a claim for unemployment compensation benefits? What were the circumstances which were underlying that claim? What happened after you filed the claim?

    3.    Do you believe that you, a member of your family or a close personal friend have ever been treated unfairly by an employer? What happened?

    4.    Do you believe that there is a difference between unfair treatment in the work place and unlawful discrimination in the work place?

5. Do you believe that you, a member of your family or a close personal friend has ever been discriminated against in the work place? Please describe how.

6. Have you, a member of your family or a close personal friend ever filed an internal complaint of discrimination or a charge of discrimination with a federal or state agency regarding the actions of an employer? What were the circumstances?

7. Have you, a member of your family or a close personal friend ever testified or otherwise been involved in an investigation or proceeding related to an internal claim of discrimination or a claim of discrimination filed with a state or federal agency? How do you feel about the process? What was the complaint, when was it and what was the outcome?

8. Have you or a member of your family ever held any personnel or human resource job?

9. Have you ever been responsible for or participated in making the decision to discipline, discharge, hire or promote?

10. Have you ever supervised other employees or held a management position?

11. Have you, a member of your family or a close personal friend ever had a negative experience with any state agency?

12. Do you hold any general views about government agencies that might impair your ability to be fair in this case?

13. Do you hold any general views about the State of Florida Department of Transportation that might impair your ability to be fair in this case?

14. Have you, a member of your family or a close personal friend ever acted as the owner, supervisor or manager of a business or of other employees? If so, were you ever frustrated by personnel issues? How?

15. Have any of you ever had any kind of special training in employment, human resources or other aspects of personnel management?

16. Have you, a member of your family or a close personal friend ever claimed some kind of discrimination in the work place? This would include discrimination on the basis of sex, race, age, national origin, religion, color, marital status or disability.

17. Does anyone know any person who has ever claimed any kind of unlawful retaliation in the work place?

18. Does anyone know any person who has ever been accused of some kind of discrimination on the job?

19. Does anyone know any person who has ever been accused of some kind of unlawful retaliation in the work place?

20. Have you read, heard, or seen anything about this case or lawsuit in any media outlets?

21. Has anything ever happened while serving on a jury that might affect your ability to make a decision if selected in this case?

Dated this 3rd day of August, 2009.

Respectfully submitted,

/s/ J. David Marsey
**ROBERT J. SNIFFEN**
Florida Bar No. 0000795
rsniffen@sniffenlaw.com
**MICHAEL P. SPELLMAN**
Florida Bar No. 0937975
mspellman@sniffenlaw.com
**J. DAVID MARSEY**
Florida Bar No. 0010212
dmarsey@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
211 East Call Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Co-Counsel for the Department of Transportation, State of Florida*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the foregoing was furnished by the Court's CM/ECF System to Richard E. Johnson, Esquire, 413 West Jefferson Street, Tallahassee, Florida, Attorney for Plaintiff, on this 3rd day of August, 2009.

/s/ J. David Marsey
**J. DAVID MARSEY**