# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

ANGELA T. MILLER,

    Plaintiffs,

v.                                          CASE NO. 4:08cv356-RH/WCS

DEPARTMENT OF TRANSPORTATION,
STATE OF FLORIDA,

    Defendants.

_____/

## ORDER FOR JURY MEALS

It is **ORDERED** that the clerk of court furnish at the expense of the United States the meals that are necessary for the comfort and convenience of the jury during deliberations.

SO ORDERED on August 12, 2009.

                                                      s/Robert L. Hinkle
                                                      United States District Judge