UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANGELA T. MILLER,

    Plaintiff,

v.                                      CASE NO.:   4:08-CV-356-RH-WCS

DEPARTMENT OF TRANSPORTATION,
STATE OF FLORIDA,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF SETTLEMENT OF TAXABLE COSTS AND WITHDRAWAL OF ITS MOTION TO TAX COSTS

The Defendant, DEPARTMENT OF TRANSPORTATION, STATE OF FLORIDA, by and through the undersigned counsel, hereby notifies the Court that the Parties have reached a settlement of the taxable costs in this matter. Accordingly, Defendant's Motion to Tax Costs (Doc. 129) is hereby withdrawn.

Respectfully submitted this **28th** day of September, 2009.

                                                  /s/ J. David Marsey
                                                  **ROBERT J. SNIFFEN**
                                                  Florida Bar No. 0000795
                                                  rsniffen@sniffenlaw.com

                                                  **MICHAEL P. SPELLMAN**
                                                  Florida Bar No. 0937975
                                                  mspellman@sniffenlaw.com

                                                  **J. DAVID MARSEY**
                                                  Florida Bar No. 0010212
                                                  dmarsey@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
211 East Call Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Co-Counsel for the Department of
Transportation, State of Florida*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and exact copy of the foregoing was furnished by the Court's CM/ECF System to **Richard E. Johnson, Esquire,** 413 West Jefferson Street, Tallahassee, Florida, Attorney for Plaintiff, on this **28th** day of September, 2009.

/s/ J. David Marsey
**J. DAVID MARSEY**